ACCEPTED
03-15-00074-CV
6896617
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/11/2015 4:53:02 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00074-CV

𝕴𝖓 𝖙𝖍𝖊 𝕿𝖍𝖎𝖗𝖉 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘
𝕬𝖚𝖘𝖙𝖎𝖓, 𝕿𝖊𝖝𝖆𝖘

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/11/2015 4:53:02 PM
JEFFREY D. KYLE
Clerk

**CORPSOL, INC., CORPORATE SOLUTIONS, INC.,
CORPORATE SOLUTIONS SERVICES, INC., AND 4XE, INC.**

*Appellants*

**v.**

**TEXAS PROPERTY AND CASUALTY INSURANCE GUARANTY ASSOCIATION,**

*Appellee*

APPEAL FROM CAUSE NO. D-1-GN-09-001428
250TH JUDICIAL DISTRICT COURT OF TRAVIS COUNTY, TEXAS
HON. JOHN DIETZ PRESIDING

**UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME
TO FILE APPELLANTS' BRIEF**

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellants CorpSol, Inc., Corporate Solutions, Inc., Corporate Solutions Services, Inc., and 4XE, Inc., file this motion requesting an additional thirty-day extension of time for filing their opening brief in the above-referenced appeal. Appellants respectfully show:

1.      Appellants' brief is currently due on September 11, 2015.

2. Appellants request a 30-day extension of time, or until October 12, 2015, for filing their brief. Appellants have requested two previous extensions.

3. As grounds, appellants state that the parties have undertaken discussions standing a substantial chance of resolving this matter. Appellants desire to allocate their resources toward those discussions rather than completing a brief that will not need to be filed if the discussions are successful.

4. In addition, the demands of other cases have prevented the undersigned from completing the brief by the current deadline. More specifically, the undersigned has been occupied with the following matters:

- preparing a motion for rehearing in *Richard Patrick Fagerberg v. Steve Madden, Ltd., SXSW, Inc., and W3 Event Specialists, Inc.*, No. 03-13-00286-CV before this Court;

- analyzing and litigating requests for injunctive relief and supersedeas issues in *Academy of Careers and Technologies, Inc. d/b/a Academy of Careers and Technologies Charter School v. Texas Education Agency and Michael L. Williams, Commissioner of Education, in his Official Capacity*, No. D-1-GN-15-002879 in the 98th Judicial District Court of Travis County, Texas; currently before this Court as No. 03-15-00528-CV;

- preparing a petition for writ of injunction and emergency motion for temporary relief in *In re Academy of Careers and Technologies, Inc. d/b/a Academy of Careers and Technologies Charter School*, No. 03-15-00570-CV before this Court; and

- preparing written materials and presenting at a Texas Bar CLE event on September 10, 2015.

4. This case has not been set for submission. Therefore, no unnecessary delay will result from the granting of this extension.

2

5.    Appellee does not oppose the relief sought in this motion.

## CONCLUSION AND PRAYER

For these reasons, appellants respectfully request that the Court grant this motion for extension of time, thus making their opening brief due on October 12, 2015. Appellants request all other appropriate relief to which they are entitled.

Respectfully submitted,

SMITH LAW GROUP LLLP

*/s/D. Todd Smith*
D. Todd Smith
State Bar No. 00797451
todd@appealsplus.com
Brandy Wingate Voss
State Bar No. 24037046
brandy@appealsplus.com
1250 Capital of Texas Highway South
Three Cielo Center, Suite 601
Austin, Texas 78746
(512) 439-3230
(512) 439-3232 (fax)

*Counsel for Appellants CorpSol, Inc.,*
*Corporate Solutions, Inc., Corporate*
*Solutions Services, Inc., and 4XE, Inc.*

## CERTIFICATE OF CONFERENCE

In compliance with Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I conferred with appellee's lead counsel, Dan Price, about this motion. Mr. Price informed me that appellee does not oppose the relief requested in this motion.

/s/ D. Todd Smith
D. Todd Smith

## CERTIFICATE OF SERVICE

On September 11, 2015, in compliance with Texas Rule of Appellate Procedure 9.5, I served this document by e-service and e-mail to:

Dan J. Price
STONE LOUGHLIN & SWANSON LLP
P.O. Box 30111
Austin, Texas 78755
dprice@slsaustin.com
*Counsel for Appellee*

/s/D. Todd Smith
D. Todd Smith
